In the Matter of the Accounting of RALPH ASKER, as Committee of the Person and Estate of LEONARD ASKER, an Incompetent Person, Appellant. DEPARTMENT OF MENTAL HYGIENE OF THE STATE OF NEW YORK, Respondent. [CHAUTAUQUA NATIONAL BANK OF JAMESTOWN, Substituted Appellant.]

Argued January 13, 1956; decided February 9, 1956.

*Walter H. Edson* for appellant and substituted appellant.

*Jacob K. Javits, Attorney-General (Margaret D. Hazel, James O. Moore, Jr.,* and *E. David Wiley* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.